# SCHEDULE A
# (FILED UNDER SEAL)

Schedule A – *CAO Group, Inc. v. the Individuals, et al.*

| # | Platform | Merchant Name | Merchant ID | Country | Product IDs | Product URL |
|---|---|---|---|---|---|---|
| 1 | Walmart | ANHUALE | 101640008 | China | 5557167551 | www.walmart.com/ip/5557167551 |
| 2 | Walmart | Annuo Co., Ltd | 101220952 | China | 1238457953 | www.walmart.com/ip/1238457953 |
| 3 | Walmart | BOSONG Co.Ltd | 101679229 | China | 5428421999 | www.walmart.com/ip/5428421999 |
| 4 | Walmart | CHENGZHUAN Co.Ltd | 101680855 | China | 5166690025 | www.walmart.com/ip/5166690025 |
| 5 | Walmart | MICPANG USA | 101086970 | China | 5067173742<br>5046529831 | www.walmart.com/ip/5067173742<br>www.walmart.com/ip/5046529831 |
| 6 | Walmart | PEIYA Co.Ltd | 101682043 | China | 863883684 | www.walmart.com/ip/863883684 |
| 7 | Walmart | RISJM Co.Ltd | 101212686 | China | 3319235430 | www.walmart.com/ip/3319235430 |
| 8 | Walmart | Savvy Shopper's Mart | 101642470 | China | 5685294057 | www.walmart.com/ip/5685294057 |
| 9 | Walmart | Super Shop Hub | 101568678 | China | 5266226076 | www.walmart.com/ip/5266226076 |
| 10 | Walmart | TaiYuanShiDanYouShangMao | 101609518 | China | 5611024467 | www.walmart.com/ip/5611024467 |
| 11 | Walmart | TaiYuanShiXiuYangShangMao | 101597088 | China | 5396941862 | www.walmart.com/ip/5396941862 |
| 12 | Walmart | Tangda | 101285391 | China | 2471014198 | www.walmart.com/ip/2471014198 |
| 13 | Walmart | TeethWhitenning | 101652830 | China | 5603058060<br>5620424660 | www.walmart.com/ip/5603058060<br>www.walmart.com/ip/5620424660 |
| 14 | Walmart | TuDou-US | 101596258 | China | 5615466289 | www.walmart.com/ip/5615466289 |
| 15 | Walmart | XIAOSONG Co.Ltd | 101664954 | China | 646997979 | www.walmart.com/ip/646997979 |
| 16 | Walmart | YIMI Co.Ltd | 102481646 | China | 5341092904 | www.walmart.com/ip/5341092904 |
| 17 | Walmart | yunmaiqishangmaoyouxiangongsi | 101665860 | China | 5702018233 | www.walmart.com/ip/5702018233 |

| # | Platform | Merchant Name | Merchant ID | Country | Product IDs | Product URL |
|---|----------|---------------|-------------|---------|-------------|-------------|
| 18 | Walmart | ZMH-G | 101532954 | China | 5679612628 | www.walmart.com/ip/5679612628 |