IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 1:25-cv-08205 <br><br> Judge Manish S. Shah |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff CAO Group, Inc. ("Plaintiff") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the remaining defendants identified on Schedule A (collectively, "Defaulting Defendants");

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via e-mail, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants sold products that

infringe upon Plaintiff's federally registered patents, as claimed in U.S. Patent Nos. 10,603,259 B2 ("the '259 Patent"); and U.S. Patent No. 11,826,444 (collectively, "Plaintiff's Patents").

This Court further finds that Defaulting Defendants are liable for willful patent infringement on each of the two patent infringement claims (Counts I and II) in Plaintiff's Verified Complaint.

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. Making, using offering for sale, selling, and/or importing into the United States for subsequent sale any products that infringe upon Plaintiff's Patents or use of any product that infringes upon Plaintiff's Patents in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with Plaintiff's Patents;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for use of the inventions claimed in Plaintiff's Patents;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff and its rights in Plaintiff's Patents; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which infringe upon the inventions claimed in Plaintiff's Patents.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Walmart, Inc. ("Walmart"), (the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, or exercising control over the Online Marketplace Accounts, or any other online marketplace account to sell goods that infringe upon Plaintiff's Patents; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product infringing Plaintiff's Patents or any reproductions, copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to utilize the inventions claimed in Plaintiff's Patents.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of

such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the inventions claimed in Plaintiff's Patents.

4. Pursuant to 35 U.S.C. § 284, Plaintiff is awarded damages equal to a reasonable royalty from each of the Defaulting Defendants in the amount of $500,000.00.

5. Pursuant to 35 U.S.C. § 284, Plaintiff is awarded expected transaction costs associated with the hypothetical negotiations and drafting of royalty and licensing agreements between it and the thirty-one (31) Defaulting Defendants listed below. Plaintiff is awarded $50,000.00 in expected transaction costs, or $3,125 per Defaulting Defendant.

6. As a result of the damages awarded to Plaintiff in paragraphs 4 through 5 of this Order, the total awarded to the Plaintiff is $503,125 per Defaulting Defendant.

7. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Payoneer Global, Inc. ("Payoneer"), and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the total damages and attorneys' fees awarded in Paragraph 4 through 6 above) or other of Defaulting Defendants' assets.

8. All monies (up to the total damages and transaction costs awarded in Paragraph 4 through 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, and Walmart, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Payoneer, and Walmart, are ordered to release to Plaintiff the

amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

9. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

10. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

11. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment in Case No. 25-cv-08205.

Dated: October 21, 2025

Manish S. Shah
United States District Judge

Schedule A – *CAO Group, Inc. v. the Individuals, et al.* 25-cv-08205

| # | Platform | Merchant Name | Merchant ID | Country | Product IDs | Product URL |
|---|---|---|---|---|---|---|
| 1 | Walmart | ANHUALE | 101640008 | China | 5557167551 | www.walmart.com/ip/5557167551 |
| 2 | Walmart | Annuo Co., Ltd | 101220952 | China | 1238457953 | www.walmart.com/ip/1238457953 |
| 3 | Walmart | BOSONG Co.Ltd | 101679229 | China | 5428421999 | www.walmart.com/ip/5428421999 |
| 4 | Walmart | CHENGZHUAN Co.Ltd | 101680855 | China | 5166690025 | www.walmart.com/ip/5166690025 |
| 5 | Walmart | MICPANG USA | 101086970 | China | 5067173742<br>5046529831 | www.walmart.com/ip/5067173742<br>www.walmart.com/ip/5046529831 |
| 6 | Walmart | PEIYA Co.Ltd | 101682043 | China | 863883684 | www.walmart.com/ip/863883684 |
| 7 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 8 | Walmart | Savvy Shopper's Mart | 101642470 | China | 5685294057 | www.walmart.com/ip/5685294057 |
| 9 | Walmart | Super Shop Hub | 101568678 | China | 5266226076 | www.walmart.com/ip/5266226076 |
| 10 | Walmart | TaiYuanShiDanYouShangMao | 101609518 | China | 5611024467 | www.walmart.com/ip/5611024467 |
| 11 | Walmart | TaiYuanShiXiuYangShangMao | 101597088 | China | 5396941862 | www.walmart.com/ip/5396941862 |
| 12 | Walmart | Tangda | 101285391 | China | 2471014198 | www.walmart.com/ip/2471014198 |
| 13 | Walmart | TeethWhitenning | 101652830 | China | 5603058060<br>5620424660 | www.walmart.com/ip/5603058060<br>www.walmart.com/ip/5620424660 |
| 14 | Walmart | TuDou-US | 101596258 | China | 5615466289 | www.walmart.com/ip/5615466289 |
| 15 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 16 | Walmart | YIMI Co.Ltd | 102481646 | China | 5341092904 | www.walmart.com/ip/5341092904 |
| 17 | Walmart | yunmaiqishangmao youxiangongsi | 101665860 | China | 5702018233 | www.walmart.com/ip/5702018233 |

| 18 | Walmart | ZMH-G | 101532954 | China | 5679612628 | www.walmart.com/ip/5679612628 |